UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **CHOICE HOTELS INTERNATIONAL, INC.,** | : | |
| a Delaware corporation, | : | |
| 915 Meeting St., Suite 600 | : | |
| North Bethesda, MD 20852 | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Case No.: _____ |
| | : | |
| **NOUVEAU INVESTMENTS, LLC,** | : | |
| a Texas limited liability company, | : | |
| 1444 Southwest Fwy | : | |
| Sugar Land, TX 77478 | : | |
| Serve: Aundrey Le, Member | : | |
| 2902 Rosemary Park Ln. | : | |
| Houston, TX 77082 | : | |
| | : | |
| and | : | |
| | : | |
| **EDWARD LY** | : | |
| 2902 Rosemary Park Ln. | : | |
| Houston, TX 77082 | : | |
| | : | |
| and | : | |
| | : | |
| **AUDREY LE** | : | |
| 2902 Rosemary Park Ln. | : | |
| Houston, TX 77082 | : | |
| | : | |
| Defendants. | : | |

**COMPLAINT FOR CONFESSED JUDGMENT**

**COMES NOW**, Plaintiff, **CHOICE HOTELS INTERNATIONAL, INC.**, ("Choice"), by and through undersigned counsel, Zachary E. Berge, Esq., and hereby sues and confesses

judgment against Defendants **NOUVEAU INVESTMENTS, LLC, EDWARD LY**, and **AUDREY LE**, and in support thereof states as follows:

1. Plaintiff Choice Hotels International, Inc., (hereinafter "Choice") is a business incorporated under Delaware law, with principal offices located at 915 Meeting St., Suite 600, North Bethesda, MD 20852. Plaintiff is in the business of, *inter alia*, hospitality franchising, allowing licensees to operate hotels in Plaintiff's systems while using Plaintiff's brand marks, including but not limited to the Quality Inn & Suites® brand mark.

2. Based upon information and belief, Defendant Nouveau Investments, LLC is incorporated under Texas law, with its principal place of business located in Sugar Land, TX.

3. Based upon information and belief, Defendant Edward Ly is a citizen and resident of Texas.

4. Based upon information and belief, Defendant Audrey Le is a citizen and resident of Texas.

5. On or about December 12, 2022, Choice entered into a Franchise Agreement with Defendant Nouveau Investments, LLC, pursuant to which Defendant Nouveau Investments, LLC would open and operate a 111-room hotel in Sugar Land, TX utilizing Choice's Quality Inn & Suites® brand marks (the "Hotel"). *See* Franchise Agreement, submitted herewith as Exhibit 1.

6. As part of the same transaction, Defendants Edward Ly and Audrey Le each executed a guaranty pursuant to which they individually guaranteed the performance of each and every one of Defendant Nouveau Investments, LLC's obligations under the Franchise Agreement. *See* Guaranty, submitted herewith as Exhibit 2.

7. Defendants Nouveau Investments, LLC, Edward Ly and Audrey Le are collectively referred to herein as "Defendants."

8. Pursuant to the terms of the Franchise Agreement, Choice agreed to lend Defendants a sum of money as part of an incentive program to be used by Defendants solely for purposes related to the operation of the Hotel. Defendants each individually executed a promissory note (the "Promissory Note") in Choice's favor, accepting liability to Choice for repayment of the loan, and promising to repay the loan amount, together with interest, within ten (10) years from the Hotel's opening date or immediately upon Defendants' default of the terms of the Promissory Note. Material default of the Promissory Note includes, but is not limited to, the termination of the Franchise Agreement. *See* Promissory Note, Section 5.1(3), a copy of which is submitted with this Complaint as Exhibit 3.

9. Defendants commenced renting rooms from the franchised hotel to the general public using Choice's marks on or about December 23, 2022, and Choice loaned Defendants $350,000.00 in accordance with the terms of the Promissory Note on or about January 19, 2023.

10. On or about May 22, 2023, Choice learned that Defendants lost possession of the Hotel to its lender. Pursuant to §10(b)(2)(b) of the Franchise Agreement, loss of possession is grounds for immediate termination effective on notice. Accordingly, Choice terminated the Franchise Agreement by written notice dated January 19, 2023.

11. In the event of a Default, Section 5.5 of the Promissory Note authorizes Choice to appear for it in any court of record and to confess judgment against Defendants without process and in accordance with Maryland law for all amounts owed under Sections 2.1, 5.2 and 5.3 of the Promissory Note.

12.     Section 5.2 of the Promissory Notes gives Choice the right to demand immediate repayment of the principal amount of the loan, minus the product of the amount loaned multiplied by the number of full months that elapsed from the date the incentive loan was distributed divided by 120 (the "Default Payment Amount"). The Default Payment Amount is equal to $338,333.33 (or $350,000 – ($350,000 x 4/120).  *See* Incentive Note Burn Off and Interest Calculation, a copy of which is submitted herewith as Exhibit 4.

13.     Pursuant to the terms of the Promissory Note, Defendants also owe Plaintiff pre- and post-default interest. Under Section 2.1 of the Promissory Notes, pre-default interest accrues on the Default Payment Amount at the annual rate of Prime[1] plus two percent, multiplied by the Default Payment Amount divided by 360 and multiplied by the days the loan remained outstanding prior to default. Under Section 5.3 of the Promissory Note, post-default interest accrues on the Default Payment Amount at the annual rate of Prime plus seven percent, multiplied by the Default Payment Amount, divided by 360, and multiplied by the days the loan remained outstanding post-default. The total interest due under the Promissory Note through April 30, 2024, is equal to $56,825.90.  *See* Exhibit 4.

14.     Federal Courts are courts of limited subject matter jurisdiction granted only by federal statute or the United States Constitution. Pursuant to 28 U.S.C. § 1332 (a)(1), original federal court subject matter jurisdiction exists over claims between party litigants of completely diverse citizenship and which exceed an amount in controversy of $75,000 exclusive of interest and costs. Plaintiff in this case is a corporation incorporated under Delaware law with headquarters located in North Bethesda, Maryland, Defendant Nouveau Investments, LLC is a

---

[1] Pursuant to the Promissory Note, Prime initially refers to the prime rate quoted by the Wall Street Journal Prime Rate as of the Distribution Date. During the period in which all or any portion of the Principal Amount remains outstanding, Prime shall adjust from time to time as the rate quoted by the Wall Street Journal adjusts.

limited liability company organized under Texas law, Defendants Edward Ly and Audrey Le are citizens of Texas, and there are no other parties to this action which are citizens of Maryland or Delaware.  Further the amount in controversy is $395,159.24 exclusive of interest and costs. Accordingly, the threshold requirements to establish this Court's diversity jurisdiction over the subject matter of the complaint under 28 U.S.C. §1332 have been met.

15. Accordingly, Plaintiff has the authority to confess judgment on Defendants, without process, in favor of Plaintiff, as follows:

>  a. For outstanding Principal in the amount of **Three Hundred Thirty-Eight Thousand Three Hundred Thirty-Three Dollars and 33/100 ($338,333.33)**;
>
>  b. For interest accruing on the Default Payment Amount at the rate of Prime plus two percent per annum from January 19, 2023, through May 22, 2023, in the amount of **Six Thousand Nine Hundred Dollars and 59/100 ($6,900.59)**;
>
>  b. For interest accruing on the Default Payment Amount at the rate of Prime plus 7 percent per annum from May 23, 2023, through April 30, 2024, in the amount of **Forty-Nine Thousand Nine Hundred Twenty-Five Dollars and 31/100 ($49,925.31)**;
>
>  c.  For Continuing interest at the rate of Prime Plus Seven Percent from May 1, 2024 until paid; and
>
>  d. For Court costs in the amount of **$400.00**.

**WHEREFORE,** Plaintiff respectfully requests that this Honorable Court:

A. GRANT Plaintiff's Complaint for Confessed Judgment against Defendants Nouveau Investments, LLC, Edward Ly and Audrey Le.

B. Enter a JUDGMENT BY CONFESSION against Defendants, individually, jointly and

severally, in the total amount of THREE HUNDRED NINETY-FIVE THOUSAND ONE HUNDRED FIFTY-NINE DOLLARS AND 24/100 ($395,159.24), comprising:

1. Outstanding Principal in the amount of **Three Hundred Thirty-Eight Thousand Three Hundred Thirty Three Dollars and 33/100 ($338,333.33);**

2. Accrued Interest in the amount of **Fifty-Six Thousand Eight Hundred Twenty-Five Dollars and 90/100 ($56,825.90);**

C. GRANT Plaintiff an award as and for continuing interest at the rate of Prime plus 7 percent from May 1, 2024, until all amounts are paid;

D. GRANT Plaintiff court costs in the amount of **Four Hundred Dollars ($400.00)**; and

E. GRANT Plaintiff such other and further relief as may be just and proper.

_____
Zachary E. Berge, Esq.
915 Meeting St., Suite 600
North Bethesda, MD 20852
(301) 628-5854
zachary.berge@choicehotels.com

Attorney for Plaintiff
Choice Hotels International, Inc.